UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART<br><br>COMPLAINT (Short Form)<br>& JURY DEMAND |
| THIS DOCUMENT RELATES TO:<br>*RICARDO BENEDICTO*<br>_____/ | |

## SHORT FORM COMPLAINT

Plaintiff, by and through undersigned counsel, brings this Complaint for Damages against Defendants, named below. Plaintiff incorporates by reference all the allegations contained in the Master Personal Injury Complaint in *In re: Zantac (Ranitidine) Products Liability Litigation,* MDL No. 2924 (S.D. Fla).

Plaintiff filed his Complaint on November 20, 2020, directly in MDL Case No. 2924 [ECF No.2315]. Pursuant to the Court's Amended Pretrial Order #31 [ECF No. 1496], Plaintiff files this Short Form Complaint.

### I.     PARTIES, JURISDICTION, AND VENUE

**A.  Plaintiff**

1. Plaintiff, RICARDO BENEDICTO ("Plaintiff") brings this action on behalf of himself.

2. Plaintiff is currently a resident and citizen of Miami, Florida and claims damages as set forth below.

**B. Defendants**

3.  Plaintiff, RICARDO BENEDICTO, names the following Defendants from the Master Personal Injury Complaint in this action:

 a.  **BRAND MANUFACTURERS:**

  Boehringer Ingelheim Pharmaceuticals, Inc.
  Boehringer Ingelheim USA Corporation
  GlaxoSmithKline (America) Inc.
  GlaxoSmithKline LLC
  Sanofi US Services, Inc.
  Sanofi-Aventis U.S. LLC
  Pfizer Inc.

 b.  **GENERIC MANUFACTURERS:**

  Auro Health, LLC
  Aurobindo Pharma USA, Inc.
  Dr. Reddy's Laboratories, Inc.
  Geri-Care Pharmaceuticals, Corp.
  Heritage Pharmaceuticals, Inc.
  Hikma Pharmaceuticals USA, Inc. f/k/a West-Ward Pharmaceuticals Corp.
  Mylan Pharmaceuticals, Inc.
  Mylan Institutional LLC
  Mylan, Inc.
  Nostrum Laboratories, Inc.
  Novitium Pharma LLC
  PAI Holdings, LLC f/k/a Pharmaceuticals Associates, Inc.
  Par Pharmaceutical Inc.
  L. Perrigo Co.
  Sandoz Inc.
  Ranbaxy Inc.
  Sun Pharmaceutical Industries, Inc. f/k/a Ranbaxy Pharmaceuticals Inc.
  Actavis Mid Atlantic LLC
  Teva Pharmaceuticals U.S.A., Inc.
  Watson Laboratories, Inc.
  Torrent Pharma Inc.
  Wockhardt USA LLC
  Wockhardt USA, Inc.
  Zydus Pharmaceuticals (USA) Inc.

 c.  **DISTRIBUTORS:**

  Cardinal Health, Inc.

  Chattem, Inc.
  McKesson Corporation

 **d. RETAILERS:**

  Safeway, Inc.
  Amazon.com, Inc.
  BJ's Wholesale Club Holdings, Inc.
  Costco Wholesale Corporation
  CVS Pharmacy, Inc.
  Dolgencorp, LLC
  Family Dollar, Inc.
  Dollar Tree Stores, Inc.
  Express Scripts, Inc.
  Giant Eagle, Inc.
  H-E-B LP f/k/a HEB Grocery Company Humana Pharmacy Solutions, Inc.
  Hy-Vee, Inc.
  Kaiser Permanente International
  The Kroger Co.
  Price Chopper Operating Co., Inc. Rite Aid Corporation
  Shop-Rite Supermarkets, Inc. OptumRx, Inc.
  Walgreens Co.
  Walmart Inc. f/k/a Wal-Mart Stores, Inc. Sam's West, Inc.

**C. Jurisdiction and Venue**

4. Plaintiff's Complaint was filed directly in MDL 2924 [ECF No. 2315].

5. The Federal District Court in which Plaintiff would have filed this action in the absence of Pretrial Order No. 11 is in the Southern District of Florida.

6. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

7. Plaintiff, RICARDO BENEDICTO, used Zantac and/or generic ranitidine over the counter.

8. Plaintiff used Zantac in as recommended, to treat heartburn and stomach ulcers, and in a reasonably foreseeable manner.

MDL NO. 2924

9. Plaintiff, RICARDO BENEDICTO, used Zantac and generic ranitidine from approximately 2012 to July 2019.

### III.    PHYSICAL INJURY

10. As a result of Plaintiff, RICARDO BENEDICTO's use of the medications specified above, he was diagnosed with Bladder Cancer.

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ✓ | BLADDER CANCER | July of 2019 |
|  | BRAIN CANCER |  |
|  | BREAST CANCER |  |
|  | COLORECTAL CANCER |  |
|  | ESOPHAGEAL/THROAT/NASAL CANCER |  |
|  | INTESTINAL CANCER |  |
|  | KIDNEY CANCER |  |
|  | LIVER CANCER |  |
|  | LUNG CANCER |  |
|  | OVARIAN CANCER |  |
|  | PANCREATIC CANCER |  |
|  | PROSTATE CANCER |  |
|  | STOMACH CANCER |  |
|  | TESTICULAR CANCER |  |
|  | THYROID CANCER |  |
|  | UTERINE CANCER |  |
|  | OTHER CANCER |  |
|  | DEATH (CAUSED BY CANCER) |  |

11. Defendants, by their actions and inactions, proximately caused the injuries to Plaintiff, RICARDO BENEDICTO.

### IV.    CAUSES OF ACTION ASSERTED

12. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the Defendants in each class of Defendants (Brand Manufacturers, Generic Manufacturers, Distributors, and Retailers), and the allegations with regard thereto are adopted in this Amended Short Form Complaint.

MDL NO. 2924

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ✓ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ✓ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ✓ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ✓ | IV | NEGLIGENCE – FAILURE TO WARN |
| ✓ | V | NEGLIGENT PRODUCT DESIGN |
| ✓ | VI | NEGLIGENT MANUFACTURING |
| ✓ | VII | GENERAL NEGLIGENCE |
| ✓ | VIII | NEGLIGENT MISREPRESENTATION |
| ✓ | IX | BREACH OF EXPRESS WARRANTIES |
| ✓ | X | BREACH OF IMPLIED WARRANTIES |
| ✓ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: |
| ✓ | XII | UNJUST ENRICHMENT |
|  | XIII | LOSS OF CONSORTIUM |
|  | XIV | SURVIVAL ACTION |
|  | XV | WRONGFUL DEATH |
|  | XVI | OTHER |
|  | XVII | OTHER |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):
No additional causes of action are known at this time. Plaintiff reserves the right to amend this Complaint.

## V.     JURY DEMAND

13.     Plaintiff demands a trial by jury as to all triable claims in this action.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff, RICARDO BENEDICTO, has been damaged as a result of Defendants' actions and inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

MDL NO. 2924

        Respectfully submitted,

        MASE MEBANE, P.A.
        2601 S. Bayshore Drive, Suite 800
        Miami, Florida 33133
        Telephone:  (305) 377-3770
        Facsimile: (305) 377-0080

By:   */s/ Lauren A. Levitt*
       CURTIS J. MASE
       Florida Bar No. 663034
       cmase@maselaw.com
       LAUREN A. LEVITT
       Florida Bar No.: 1011030
       llevitt@maselaw.com